JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Centimark Corporation
12 Grandview Circle, Canonsburg, PA 15317

**DEFENDANTS**
Philip J. Christofferson
3660 S. Geyer Road, St. Louis, MO 63127

(b) County of Residence of First Listed Plaintiff: Washington Co PA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: St. Louis County MO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John J. Allan, 11 S. Newstead Avenue
St. Louis, MO 63108  314-531-2442

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332

Brief description of cause:
Legal malpractice

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 400,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 04/21/2011
SIGNATURE OF ATTORNEY OF RECORD: /s/ John J. Allan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CENTIMARK CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | |
| ) | CAUSE NO.: |
| PHILIP J. CHRISTOFFERSON ) | |
| COCKREIL AND CHRISTOFFERSON ) | JURY DEMAND IS MADE |
| LLC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Serve at:   3660 S. Geyer Rd ) | |
|                 St. Louis, MO 63127 ) | |

## COMPLAINT

COMES NOW Plaintiff, CENTIMARK CORPORATION, and for its cause of action alleges the following:

### JURISDICTION

1. The Plaintiff is a Pennsylvania corporation where it also has its principle place of business.

2. Philip J. Christofferson is a resident of Missouri and he is licensed to practice law in that state.

3. Jurisdiction is based on 28 USC 1332 because there is complete diversity of citizenship and the amount in controversy is over $75,000 exclusive of interest and costs.

4. Cockreil and Christofferson, L.L.C. is a Missouri professional limited liability company and does its principle business in Missouri.

1

## COUNT I – PROFESSIONAL NEGLIGENCE

5. On February 18, 2008 and up to September, 2009, there was an attorney/client relationship between the Plaintiffs and the Defendants, Philip J. Christofferson and Cockreil and Christofferson, L.L.C.

6. Between the start of the relationship and at various times up to September, 2009, the Defendants failed to use the degree of skill, care and learning ordinarily used in similar situations by members of the legal profession.

7. Specifically, after being retained by CentiMark in litigation brought by Liberty Mutual Insurance as subrogee of *Loy Lange Box Company v. CentiMark* Case No. 4:08-cv-00230-DJS, in the United State District Court in St. Louis, the defendants

    a) Failed to zealously represent its interests by taking depositions of three or more material witnesses for the opposition party to determine what basis there was for the adverse parties claim.

    b) Failed to list appropriate witnesses to defend the opponents claims in the times designated by the case management orders and therefore their testimony was unavailable at trial;

    c) Failed to prepare the witnesses who were deposed by the opposition so that they could recall facts from earlier events,

    d) Failed to make appropriate discovery requests for documents and failed to produce documents that would have aided the defense resulting in a partial summary judgment being entered against CentiMark and wiping out its defenses.

    e) Failed to list or designate an expert witness on weather and roofing to demonstrate the winds were in excess of the guaranties of the subject roof.

    f) Failed to plead contributory negligence and raise the economic loss doctrine as complete defenses and bars to the plaintiff's claims.

    g) Failed to name the correct party in a counterclaim which resulted in that party's dismissal and attempts to correct the error were made outside the times for such amendments set by the court.

       h)     Failed to fully investigate the facts and circumstances at issue in the case.

8. As a result of the negligence on the part of the Defendants, CentiMark was damaged when it sustained a verdict against it in the amount of $450,000 on a claim which, based on reasonable legal certainty, would either not have survived summary judgment, been a defendant's verdict, or a verdict in an amount substantially less than it was, if the standard of care was met.

9. But for the negligence and the various breaches of the standard of skill, care, and learning set forth above, the CentiMark would have received a verdict of no liability, or a verdict in an amount substantially less than it was, if the standard of care was met.

WHEREFORE, the Plaintiff prays for a judgment against the Defendants, joint and several, in an amount that is compensatory and determined to be fair by a jury and for all orders as the court finds necessary and proper.

**ALLAN & SUMMARY**

**By /s/ John J. Allan**
**JOHN J. ALLAN, #19079**
11 S. Newstead
St. Louis, Missouri 63108
Phone 314-531-2442
Fax 314-531-2485
jja@allanlaw.com


**YUKEVICH, MARCETTI, LIEKAR, ZANGRILLE**

_____
**JOHN P. LIEKAR, JR..**
11 Stanwix Street, 10th Floor
Pittsburg, PA 15222
Phone 412-261-6779
Fax 412-261-6789
jliekar@ymlz.com

3