**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CENTIMARK CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:11-CV-720 CAS |
| v. ) | |
| ) | |
| PHILIP J. CHRISTOFFERSON, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Centimark Corporation's motion for extension of time to file a response to defendant's motion for sanctions. Plaintiff filed the motion after the expiration of the filing deadline, and it did not wait until the motion was granted before filing its response memorandum. In addition, plaintiff's response memorandum does not comply with the Local Rules of this Court.

First, plaintiff filed its response memorandum prior to obtaining leave to do so. Counsel is advised that in the future, when leave to file a document is sought, the document for which leave is required must be submitted as an attachment to the motion for leave, and should not be filed as a separate document. See Administrative Procedures for Case Management/Electronic Case Filing, Sec. II.B. Second, plaintiff's response memorandum is single spaced. Pursuant to Local Rule 2.01(a)(1), all documents filed with this Court "shall be double spaced typed or legibly written on 8 ½ by 11 inch pages, and shall contain the signature of the party or the party's attorney." L.R. 2.01(a)(1). The Court will strike the response memorandum from the record and order plaintiff to file a response that complies with the Local Rules. The Court also notes this is not the first time

plaintiff's counsel has not followed the Local Rules of this Court, and it encourages plaintiff's counsel to familiarize themselves with all the applicable rules of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Centimark Corporation's motion for extension of time to file a response to defendant's motion for sanctions is **GRANTED.** [Doc. 53].

**IT IS FURTHER ORDERED** that plaintiff Centimark Corporation's response to defendant's motion for sanctions is **STRICKEN.** [Doc. 54].  Plaintiff shall file a response memorandum that is double spaced and otherwise conforms with the Local Rules on or before 10:00 a.m., May 23, 2012.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __22nd__ day of May, 2012.